ALBERT GREENBERG, an Infant, by MORRIS GREENBERG, His Guardian ad Litem, Appellant, *v.* J. KRUGER, INC., Respondent.

(Argued April 7, 1931; decided May 12, 1931.)

*Sidney J. Feltenstein* for appellant.

*Clarence S. Zipp* and *E. C. Sherwood* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.